PUEBLO, apldo., *v.* SÁNCHEZ, aplte.

CORTE DE DISTRITO DE MAYAGÜEZ

No. 3715.—Sometido: Enero 31, 1929. Resuelto: Enero 31, 1929.

En este caso el acusado fué condenado a sufrir dos años de presidio por escalamiento en primer grado y basa su recurso en que la pena es excesiva, que nunca había sido sentenciado y en que los perjudicados no tenían intención de hacerle daño. Resolvióse que la pena es justa y se confirmó la sentencia.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del Tribunal.

PUEBLO, apldo., *v.* LÓPEZ HERMANOS, ETC., aplte.

CORTE DE DISTRITO DE SAN JUAN

No. 3680.—Sometido: Feb. 15, 1929. Resuelto: Feb. 21, 1929.

No apareciendo probado en este caso que fuera agente de la sociedad acusada de vender pan falto de peso, la persona encargada de la venta, se revocó la sentencia absolviéndose a la apelante.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del Tribunal.